**RUFUS-ISAACS ACLAND & GRANTHAM LLP**
ALEXANDER RUFUS-ISAACS, State Bar No. 135747
  *aisaacs@rufuslaw.com*
PAUL D. SUPNIK, State Bar No. 52842
  *psupnik@rufuslaw.com*
9440 Santa Monica Blvd., Suite 301
Beverly Hills, California 90210
Telephone: (310) 770-1307

**LAW OFFICE OF PAUL S. LEVINE**
PAUL S. LEVINE. State Bar No. 102787
  *paul@paulslevine.com*
1054 Superba Avenue
Venice, California 90291-3940
Telephone: (310) 450-6711
*Attorneys for Plaintiff*

**EPSTEIN DRANGEL LLP**
Peter J. Farnese, State Bar No. 251204
  *pfarnese@ipcounselors.com*
700 South Flower Street, Suite 1000
Los Angeles, California 90017
Telephone: 310-356-4668

Kerry B. Brownlee (*pro hac vice*)
  *kbrownlee@ipcounselors.com*
6 East 45th Street, 7th Floor
New York, NY 10017
Telephone: 212-292-5390
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| IFD FILMS AND SERVICES LTD., <br><br> Plaintiff <br><br> v. <br><br> SEVERIN FILMS, INC.; DAVID GREGORY; JOHN CREGAN; CARL DAFT;MICHAEL WORTH; TELEVENTURES CORPORATION; MARCO JOACHIM a/k/a JON MARCO JOACHIM; and DOES 1-10, <br><br> Defendants | CASE No. 2:24-cv-10904-JLS-RAO <br><br> **STIPULATION TO DISMISS DEFENDANTS JOHN CREGAN AND CARL DAFT** |

RUFUS-ISAACS ACLAND & GRANTHAM LLP
232 N. CANON DRIVE
BEVERLY HILLS, CALIFORNIA 90210
Tel (310) 274-3803 • Fax (310) 860-2430

8703.3.5

STIPULATION TO DISMISS DEFENDANTS JOHN CREGAN AND CARL DAFT

Plaintiff IFD Films and Services Ltd., ("Plaintiff") and Defendants Severin Films, Inc., David Gregory, John Cregan ("Cregan"), Carl Daft ("Daft"), Michael Worth, Televentures Corporation, and Marco Joachim a/k/a Jon Marco Joachim (collectively, "Defendants"), (collectively, with Plaintiff, the "Parties"), by and through their respective counsel, hereby agree and stipulate as follows:

WHEREAS, on December 18, 2024, Plaintiff filed the original complaint in this action (D.I. 1) naming Cregan and Daft as defendants;

WHEREAS, on June 17, 2025, Plaintiff filed a first amended complaint in this action (D.I. 26) naming Cregan and Daft as defendants;

WHEREAS, Plaintiff is willing to dismiss Cregan and Daft as defendants in this lawsuit on a "without prejudice" basis on the terms set forth herein;

WHEREAS, Plaintiff, on the one hand, and Cregan and Daft on the other, agree to bear their own costs and attorney's fees incurred in connection with this matter, and to waive any claim against the other; but this shall not affect any right to claim costs and attorney's fees by or between Plaintiff and the other remaining Defendants;

WHEREAS, Daft authorizes his attorneys of record to accept service of a subpoena issued by Plaintiff on his behalf, and to cooperate in the scheduling of a virtual deposition at a mutually convenient time;

WHEREAS, the Parties agree that Plaintiff's willingness to dismiss Cregan and Daft does not constitute an admission by Plaintiff that Cregan and Worth have no liability in this lawsuit;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties to this action through their designated counsel that John Cregan and Carl Daft be and hereby are dismissed as defendants without prejudice pursuant to FRCP 41.

RUFUS-ISAACS ACLAND & GRANTHAM LLP
232 N. CANON DRIVE
BEVERLY HILLS, CALIFORNIA 90210
Tel (310) 274-3803 • Fax (310) 860-2430

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD**.

Dated: March 18, 2026

**RUFUS-ISAACS ACLAND & GRANTHAM LLP**

BY: *s/Alexander Rufus-Isaacs/*
Alexander Rufus-Isaacs (SBN 135747)
aisaacs@rufuslaw.com
Paul D. Supnik (SBN 52842)
psupnik@rufuslaw.com
9440 Santa Monica Blvd., Suite 301
Beverly Hills, California 90210
Telephone: (310) 274-3803
Facsimile: (310) 860-2430

**LAW OFFICE OF PAUL S. LEVINE**

Paul S.  Levine (SBN 102787)
paul@paulslevine.com
1054 Superba Avenue
Venice, CA 90291-3940
Telephone (310) 450-6711
Facsimile (310) 450-0181
*Attorneys for Plaintiff IFD Films and Services Ltd.*

December: March 18, 2026

**EPSTEIN DRANGEL LLP**

BY: *s/Peter Farnese/*
Peter J. Farnese (SBN  251204)
pfarnese@ipcounselors.com
700 South Flower Street, Suite 1000
Los Angeles, California 90017
Telephone: 310-356-4668
Facsimile: 310-388-1232

Kerry B. Brownlee (*pro hac vice*)
kbrownlee@ipcounselors.com
6 East 45th Street, 7th Floor
New York, NY 10017
Telephone: 212-292-5390
Facsimile: 212-292-5391

8703.3.5

3

STIPULATION TO DISMISS DEFENDANTS JOHN CREGAN AND CARL DAFT

*Attorneys for Defendants Severin Films, Inc., David Gregory, John Cregan, Carl Daft, Michael Worth, Televentures Corporation, and Marco Joachim a/k/a Jon Marco Joachim*

RUFUS-ISAACS ACLAND & GRANTHAM LLP
232 N. CANON DRIVE
BEVERLY HILLS, CALIFORNIA 90210
Tel (310) 274-3803 • Fax (310) 860-2430

8703.3.5

4

STIPULATION TO DISMISS DEFENDANTS JOHN CREGAN AND CARL DAFT

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 232 N. Canon Drive, Beverly Hills, California 90210.

On March 18, 2026, I served true copies of the following document(s) described as **STIPULATION TO DISMISS DEFENDANTS JOHN CREGAN AND CARL DAFT** on the interested parties in this action as follows:

Peter J. Farnese
pfarnese@ipcounselors.com
700 South Flower Street, Suite 1000
Los Angeles, California 90017

Kerry B. Brownlee
kbrownlee@ipcounselors.com
6 East 45th Street, 7th Floor
New York, NY 10017

Attorneys for Defendants Severin Films, Inc., David Gregory, John Cregan, Carl Daft, Michael Worth, Televentures Corporation, and Marco Joachim a/k/a Jon Marco Joachim

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 18, 2026, at Beverly Hills, California.

*s/Alexander Rufus-Isaacs/*
Alexander Rufus-Isaacs

RUFUS-ISAACS ACLAND & GRANTHAM LLP
9440 SANTA MONICA BLVD., SUITE 301
BEVERLY HILLS, CALIFORNIA 90210
Tel (310) 770-1307 • Fax (424) 258-7383

8703.3.5

STIPULATION TO DISMISS DEFENDANTS JOHN CREGAN AND CARL DAFT