# DENIED
## BY ORDER OF THE COURT

A Scheduling Order will not be modified except upon a showing of good cause. *See* Fed. R. Civ. P. 16(b)(4). Such a showing generally requires unforeseeable circumstances. The parties have not sufficiently identified the kind of unforeseeable circumstances that would warrant modification of the Scheduling Order. Moreover, the parties' complaint that certain deadlines were set on holidays rings hollow, as the Court's Scheduling Order used the exact dates requested in the parties' Joint Rule 26(f) Report.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

FILED
CLERK, U.S. DISTRICT COURT

03/17/2026

CENTRAL DISTRICT OF CALIFORNIA
BY: _____KD_____ DEPUTY

IFD FILMS AND SERVICES LTD,

    *Plaintiff*

v.

SEVERIN FILMS, INC.; DAVID GREGORY; JOHN CREGAN; CARL DAFT; MICHAEL WORTH; TELEVENTURES CORPORATION; MARCO JOACHIM a/k/a JON MARCO JOACHIM; and DOES 1-10,

    *Defendants.*

CASE NO.: 2:24-cv-10904-JLS-RAO

Judge: Hon. Josephine L. Staton

**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND REMAINING CASE SCHEDULE**

CASE NO. 2:24-cv-10904-JLS-RAO

[PROPOSED] ORDER

The Court, having reviewed the parties' stipulation, and good cause appearing, hereby orders that the scheduling order previously entered should be modified as follows:

|  | Current Deadline | New Deadline |
|---|---|---|
| Fact Discovery Cutoff: | April 3, 2026 | June 2, 2026 |
| Last Day to File Motions (Excluding Daubert Motions and all other Motions in Limine): | April 17, 2026 | June 16, 2026 |
| Last Day to Serve Initial Expert Reports: | April 17, 2026 | June 16, 2026 |
| Last Day to Serve Rebuttal Expert Reports: | May 15, 2026 | July 14, 2026 |
| Last Day to Conduct Settlement Proceedings: | June 5, 2026 | Unchanged |
| Expert Discovery Cutoff: | June 19, 2026 | August 18, 2026 |
| Last Day to File Daubert Motions: | August 7, 2026 | October 6, 2026 |
| Final Pretrial Conference (10:30 a.m.): | September 4, 2026 | November 6, 2026 |

**IT IS SO ORDERED.**

Dated: March ___, 2026

_____
Hon. Josephine L. Staton
United States District Judge