**RUFUS-ISAACS ACLAND & GRANTHAM LLP**
ALEXANDER RUFUS-ISAACS, State Bar No. 135747
  *aisaacs@rufuslaw.com*
PAUL D. SUPNIK, State Bar No. 52842
  *psupnik@rufuslaw.com*
9440 Santa Monica Blvd., Suite 301
Beverly Hills, California 90210
Telephone: (310) 770-1307

**LAW OFFICE OF PAUL S. LEVINE**
PAUL S. LEVINE. State Bar No. 102787
  *paul@paulslevine.com*
1054 Superba Avenue
Venice, California 90291-3940
Telephone: (310) 450-6711
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| IFD FILMS AND SERVICES LTD., | CASE No. 2:24-cv-10904-JLS-RAO |
| Plaintiff | **NOTICE OF SETTLEMENT** |
| v. | |
| SEVERIN FILMS, INC.; DAVID GREGORY; JOHN CREGAN; CARL DAFT;MICHAEL WORTH; TELEVENTURES CORPORATION; MARCO JOACHIM a/k/a JON MARCO JOACHIM; and DOES 1-10, | |
| Defendants | |

RUFUS-ISAACS ACLAND & GRANTHAM LLP

232 N. CANON DRIVE
BEVERLY HILLS, CALIFORNIA 90210
Tel (310) 274-3803 • Fax (310) 860-2430

8703.3.6

NOTICE OF SETTLEMENT

TO THE HONORABLE COURT:

PLEASE TAKE NOTICE that Plaintiff IFD Films and Services Ltd., ("Plaintiff") and Defendants Severin Films, Inc., David Gregory, John Cregan ("Cregan"), Carl Daft ("Daft"), Michael Worth, Televentures Corporation, and Marco Joachim a/k/a Jon Marco Joachim ("Defendants") (collectively "the Parties") have reached a settlement. The Parties will file a joint stipulation to dismiss this action with prejudice once their settlement agreement is finalized.

Dated: March 23, 2026

**RUFUS-ISAACS ACLAND & GRANTHAM LLP**

BY: *s/Alexander Rufus-Isaacs/*
Alexander Rufus-Isaacs (SBN 135747)
aisaacs@rufuslaw.com
Paul D. Supnik (SBN 52842)
psupnik@rufuslaw.com
9440 Santa Monica Blvd., Suite 301
Beverly Hills, California 90210
Telephone: (310) 274-3803
Facsimile: (310) 860-2430

**LAW OFFICE OF PAUL S. LEVINE**

Paul S. Levine (SBN 102787)
paul@paulslevine.com
1054 Superba Avenue
Venice, CA 90291-3940
Telephone (310) 450-6711
Facsimile (310) 450-0181
*Attorneys for Plaintiff IFD Films and Services Ltd.*

RUFUS-ISAACS ACLAND & GRANTHAM LLP
232 N. CANON DRIVE
BEVERLY HILLS, CALIFORNIA 90210
Tel (310) 274-3803 • Fax (310) 860-2430

8703.3.6

2

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**.  I am employed in the County of Los Angeles, State of California.  My business address is 232 N. Canon Drive, Beverly Hills, California  90210.

On March 23, 2026, I served true copies of the following document(s) described as **NOTICE OF SETTLEMENT** on the interested parties in this action as follows:

Peter J. Farnese
pfarnese@ipcounselors.com
700 South Flower Street, Suite 1000
Los Angeles, California 90017

Kerry B. Brownlee
kbrownlee@ipcounselors.com
6 East 45th Street, 7th Floor
New York, NY 10017

Attorneys for Defendants Severin Films, Inc., David Gregory, John Cregan, Carl Daft, Michael Worth, Televentures Corporation, and Marco Joachim a/k/a Jon Marco Joachim

**BY CM/ECF NOTICE OF ELECTRONIC FILING:**  I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.  Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 23, 2026, at Beverly Hills, California.

*s/Alexander Rufus-Isaacs/*
Alexander Rufus-Isaacs

RUFUS-ISAACS ACLAND & GRANTHAM LLP
9440 SANTA MONICA BLVD., SUITE 301
BEVERLY HILLS, CALIFORNIA 90210
Tel (310) 770-1307 • Fax (424) 258-7383

8703.3.6

NOTICE OF SETTLEMENT